

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

Mark David Shirian P.C.
228 East 45th Street, Suite 1700B
New York, NY 10017
Direct: (516) 417-0201
Facsimile: (212) 898-0163
Email: mshirian@shirianpc.com

December 11, 2019

<u>Via ECF</u>
The Hon. Deborah A. Batts
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007



      Re:     Andrew Livingston v. The City of New York, et al.
               <u>Civil Case No. 19 Civ. 5209(DAB)</u>

Dear Judge Batts:

     I am a member of Mark David Shirian P.C., attorneys for the Plaintiff, Andrew Livingston in the above-referenced action. Amanda Blair represents Defendants.

     The Court administratively adjourned the initial conference from January 9, 2020 to April 9, 2020 at 2:30 PM (Document No. 17). However, I am unable to attend the conference on April 9, 2020, as that day is the first day of Passover. As such, I respectfully request an adjournment of the initial conference to either an earlier date or a different date. This is Plaintiff's first request for an adjournment.

     Thank You for Your consideration of this request.

                                      Respectfully submitted,

                                      Mark D. Shirian

MDS: ns

cc:     Amanda Blair, Esq. (via ECF service)

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to April 2, 2020, at 10:30 a.m.

Dated:     February 20, 2020          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE