UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW LIVINGSTON,

                            Plaintiff,

-against-                           19 **CIVIL** 5209 (KPF)

## JUDGMENT

CITY OF NEW YORK, THE NEW YORK CITY
ADMINISTRATION FOR CHILDREN'S SERVICES,
CROSSROADS JUVENILE CENTER, and JAMAL
NEDDERMAN, individually and in his official
capacity for the New York City Administration for
Children Services,

                           Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, Defendants' motion for summary judgment is GRANTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      September 28, 2021

                                             **RUBY J. KRAJICK**

                                             **Clerk of Court**
                         **BY:**    *K. Mango*

                                             **Deputy Clerk**